**Order entered March 22, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01268-CR

**JENNIFER FOLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 26th District Court**
**Williamson County, Texas**
**Trial Court Cause No. 14-0094-K26**

## ORDER

The reporter's record was due November 18, 2018. On February 11, 2019, a supplemental clerk's record was filed containing the trial court's order finding appellant indigent and ordering the appellate record furnished without cost. On February 14, 2019, we ordered official court reporter Cindy Kocher to file the complete reporter's record in this appeal by March 7, 2019. To date, the reporter's record has not been filed and we have had no communication from Ms. Kocher.

We **ORDER** official court reporter Cindy Kocher to file the complete reporter's record in this appeal **by 5:00 p.m. on April 1, 2019**. We caution Ms. Kocher that the failure to do so will result in the Court taking whatever remedies it has to ensure this appeal proceeds in a more

timely fashion, including ordering that Ms. Kocher not sit until the complete reporter's record is filed.

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Donna King, Presiding Judge, 26th District Court; court reporter Cindy Kocher, 26th District Court; and to counsel for all parties.


/s/     LANA MYERS
        JUSTICE